**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                          :
                                                : Chapter 13
Stephen C. Gruenebaum,                          :
                                                : Case No. 10-22062 (RDD)
                      Debtor.     :
------------------------------------------------------------x
                                                :
Stephen C. Gruenebaum,                          :
                                                :
                      Plaintiff,   :
                                                : Adv. Proc. No. 10-08359 (RDD)
     -against-                                  :
                                                :
Wells Fargo Home Mortgage,                      :
                                                :
                      Defendant.   :
------------------------------------------------------------x

## STIPULATION FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time for Defendant Wells Fargo Home Mortgage to answer, move or otherwise respond to Plaintiff Stephen C. Gruenebaum's Complaint, dated April 30, 2010, be, and hereby is, extended to, and including, July 2, 2010.

**IT IS FURTHER STIPULATED AND AGREED** that the pre-trial conference in the above-captioned adversary proceeding scheduled for June 23, 2010 at 10:00 a.m. is adjourned to July 30, 2010 at 10:00 a.m.

1

No other adjournments of Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint have been requested.

Dated: June 1, 2010

| LAW OFFICE OF BLEICHMAN & KLEIN | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ Joshua N. Bleichman<br>Joshua N. Bleichman<br>268 Route 59<br>Spring Valley, NY 10977<br>Telephone: (845) 425-2510<br>Facsimile: (845) 425-7362 | By: /s/ Brian J. Grieco<br>Allison J. Schoenthal, Esq.<br>Brian J. Grieco, Esq.<br>Nicole E. Schiavo, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100 |
| *Attorneys for Plaintiff Stephen C. Gruenebaum* | *Attorneys for Defendant Wells Fargo Home Mortgage* |

SO ORDERED:

/s/Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

DATED: June 7, 2010
White Plains, New York