UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 13
Stephen C. Gruenebaum,                                         :
                                                               :    Case No. 10-22062 (RDD)
                    Debtor.                                    :
---------------------------------------------------------------x
                                                               :
Stephen C. Gruenebaum,                                         :
                                                               :
                    Plaintiff,                                 :
                                                               :    Adv. Proc. No. 10-08359 (RDD)
          -against-                                            :
                                                               :
Wells Fargo Home Mortgage,                                     :
                                                               :
                    Defendant.                                 :
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff Stephen C. Gruenebaum and Defendant **Wells Fargo Home Mortgage**, that the above captioned adversary proceeding and all claims that were or could have been made therein as against Defendant Wells Fargo Home Mortgage are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, in all forums, without costs to any party as against any other party, and with each party bearing its own legal costs and expenses.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed with the Court without further notice, and may be executed by facsimile.

Dated: March 24, 2011

LAW OFFICE OF                                HOGAN LOVELLS US LLP
BLEICHMAN & KLEIN

| | |
|---|---|
| By: /s/ Joshua N. Bleichman<br>Joshua N. Bleichman<br>268 Route 59<br>Spring Valley, NY 10977<br>Telephone: (845) 425-2510<br>Facsimile: (845) 425-7362<br><br>*Attorneys for Plaintiff Stephen C. Gruenebaum* | By: /s/ Brian J. Grieco<br>Allison J. Schoenthal, Esq.<br>Brian J. Grieco, Esq.<br>Nicole E. Schiavo, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br><br>*Attorneys for Defendant Wells Fargo Home Mortgage* |

SO ORDERED:

/s/Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE


DATED: April 1, 2011
       White Plains, New York